

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YVETTE PALMER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendants. | Case No. CV 07-8274-MMM (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint and all of the records and files herein including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the complaint.

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: July 21, 2008

                                          Margaret M. Morrow<br>                                          United States District Judge