JS-6, ENTER

FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YVETTE PALMER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendants. | Case No.　CV 07-8274-MMM (MLG)<br><br>JUDGMENT |

　　　IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: July 21, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Margaret M. Morrow
　　　　　　　　　　　　　　　　United States District Judge